# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**NATHANIEL GRANT**                                                                                         **PLAINTIFF**

**V.**                                                                             **NO. 4:19-CV-5-DMB-JMV**

**WASHINGTON COUNTY, MISSISSIPPI**
**(WASHINGTON REGIONAL**
**CORRECTIONAL FACILITY), et al.**                                             **DEFENDANTS**

## ORDER

On August 28, 2019, the parties filed a joint motion seeking to extend certain pretrial deadlines by sixty days and "to continue trial to a date no earlier than June 6, 2020." Doc. #77 at 2. As grounds, the motion cites "the pending Motions, which may affect the timing of discovery and pretrial deadlines, the extremely busy schedules of Plaintiff and Defendants' counsel in the next 30 days, and several discovery matters …." *Id.*

Upon consideration,[1] the motion [77] is **GRANTED** such that (1) all discovery must be completed by November 25, 2019; (2) all dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by December 5, 2019; (3) trial is continued to June 22, 2020; and (4) modification of the alternative dispute resolution deadline and the date of the pretrial conference are referred to United States Magistrate Judge Jane M. Virden.

**SO ORDERED**, this 23rd day of September, 2019.

                                                                                          **/s/Debra M. Brown**
                                                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Federal Rule of Civil Procedure 16(b)(4) provides "[a] schedule may be modified only for good cause and with the judge's consent." The only motions pending as of August 28, 2019, were Washington County's motions for judgment on the pleadings, which were recently denied without prejudice. However, because the Court permitted Washington County to renew its request for judgment on the pleadings as to the amended complaint and given the parties' representations regarding their schedules and discovery, the Court finds good cause to grant the relief sought.